UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JOHN A. ROGOWSKYJ, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GENERAL MICHAEL W. HAGEE, ) <br> Commandant of the Marine Corps, ) <br> ) <br> Respondent. ) <br> ) | Civil Action No. 06-1930 (ESH) |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 8th day of December 2006,

**ORDERED** that the respondent, by counsel, shall, within twenty (20) days from service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of Habeas Corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the petitioner's custodian and the United States Attorney for the District of Columbia.

ELLEN SEGAL HUVELLE
United States District Judge

Date: December 8, 2006