UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN A. ROGOWSKYJ, JR.,            )<br>                                              )<br>                  Petitioner,           )<br>                                              )<br>      v.                                    )<br>                                              )<br>GENERAL JAMES T. CONWAY,  )<br>Commandant of the Marine Corps, )<br>                                              )<br>                  Respondent.        )<br>                                              ) | Civil Action No. 06-1930 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Rogowskyj's petition for a writ of habeas corpus [# 1] is **DENIED**, and it is hereby

**ORDERED** that this case be **DISMISSED** with prejudice.

                                                                    s/
                                                   ELLEN SEGAL HUVELLE
                                                   United States District Judge

Date: March 13, 2007